FILED
U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO

2018 AUG 22 PM 3: 14

CLERK-LAS CRUCES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 18CR2752 KG |
| | ) | |
| vs. | ) | 18 U.S.C. § 922(g)(1): Felon in Possession |
| | ) | of a Firearm and Ammunition. |
| **JEFFREY GOEBEL,** | ) | |
| **a.k.a. Jefferey Goebel,** | ) | |
| **a.k.a. Jeffrey Reese,** | ) | |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

The Grand Jury charges:

On or about June 22, 2017, in Chaves County, in the District of New Mexico, the defendant, **JEFFREY GOEBEL,** having been convicted of at least one of the following felony crimes punishable by imprisonment for a term exceeding one year:

(1)    conspiracy to commit murder in the second degree,

(2)    possession of a firearm or destructive device by a felon,

(3)    tampering with evidence,

(4)    possession of a firearm or destructive device by a felon,

(5)    aggravated fleeing a law enforcement officer,

(6)    possession of a controlled substance,

(7)    conspiracy to commit bringing contraband onto prison grounds,

knowingly possessed, in and affecting commerce, a firearm and ammunition.

In violation of 18 U.S.C. § 922(g)(1).

A TRUE BILL:

_____/s/_____
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney

8/13/2018 4:52 PM