UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
## SENTENCING MINUTE SHEET

| | | | |
|---|---|---|---|
| CR No: | **18-2752 KG** | USA vs.: | **GOEBEL** |
| Date: | **7/25/2019** | Name of Deft: | **JEFFREY GOEBEL** |

| Before the Honorable: | **KENNETH J. GONZALES, UNITED STATES DISTRICT JUDGE** |
|---|---|

| Time In/Out: | **9:54 AM - 12: PM** | Total Time in Court (**for JS10**): | **2 HOURS 10 MINUTES** |
|---|---|---|---|
| Clerk: | **CHRIS EUBANKS** | Court Reporter: | **DANNA SCHUTTE EVERETT** |
| AUSA: | **AARON JORDAN MATTHEW RAMIREZ** | Defendant's Counsel: | **BERNADETTE SEDILLO** |
| Sentencing in: | **LAS CRUCES** | Interpreter: | **NONE** |
| Probation Officer: | **JARED LUJAN / ANITA NEVAREZ** | Sworn? | Yes / No |

| Convicted on: | **X** | Plea | | Verdict | | As to: | | Information | **X** | Indictment |
|---|---|---|---|---|---|---|---|---|---|---|
| If Plea: | **X** | Accepted | | Not Accepted | Adjudged/Found Guilty on Counts: | | | | | |
| If Plea Agreement: | **X** | Accepted | | Not Accepted | | No Plea Agreement | Comments: | | | |
| Date of Plea/Verdict: | **2/8/2019** | | | | | PSR: | **X** | Not Disputed | | Disputed |
| PSR: | **X** | Court Adopts PSR Findings | | | Evidentiary Hearing: | | | Not Needed | **X** | Needed |

| Exceptions to PSR: | **COURT SUSTAINS OBJECTION TO THE 4-LEVEL UPWARD ADJUSTMENT** |
|---|---|

| **SENTENCE IMPOSED** | | Imprisonment (BOP): | **37 MONTHS** |
|---|---|---|---|
| Supervised Release: | **3 YEARS** | Probation: | |

| | 500-HOUR DRUG PROGRAM | | BOP SEX OFFENDER PROGRAM | | OTHER: |
|---|---|---|---|---|---|
| | Court recommends ICE begin removal proceedings immediately or during service of sentence | | | **X** | ICE not applicable |

### SPECIAL CONDITIONS OF SUPERVISION

| | | | | |
|---|---|---|---|---|
| **X** | Participate in/successfully complete subst abuse program/testing | **X** | Reside halfway house **UP TO 6 MONTHS** |
| | Participate in/successfully complete mental health program | | Register as sex offender |
| **X** | Refrain from use/possession of alcohol/intoxicants | | Participate in sex offender treatment program |
| **X** | Submit to search of person/property | | Possess no sexual material |
| | No contact with victim(s) and/or co-deft(s)/co-conspirator(s) | | No computer with access to online services |
| | No entering or loitering near victim's residence | | No contact with children under 18 years |
| **X** | Grant limited waiver of confidentiality | | Restricted from occupation with access to children |
| **X** | Refrain from the use and possession of synthetic cannabinoids or other legally sold designer drugs | | Not possess, sell, offer for sale, transport, cause to affect interstate commerce, import, or export any drug paraphernalia |
| | **OTHER:** | | |

| Fine: | $ | | Restitution: $ | |
|---|---|---|---|---|
| SPA: | $ | **100.00** | ($100) as to each Count | Payment Schedule: | **X** | Due Imm. | | Waived |
| OTHER: | | | | |

| | Advised of Right to Appeal | **X** | Waived Appeal Rights per Plea Agreement |
|---|---|---|---|
| **X** | Held in Custody | | Voluntary Surrender |
| **X** | Recommended place(s) of incarceration: | **FCI SEAGOVILLE, SEAGOVILLE, TEXAS, IF ELIGIBLE, OR AS CLOSE TO LUBBOCK, TEXAS, IF POSSIBLE** |
| | Dismissed Counts: | |

| OTHER COMMENTS: | **DEFENSE COUNSEL ADDRESSES THE COURT AND TENDERS A CERTIFICATE OF ATTENDANCE OF A SECOND CHANGE - LIFE VALUES PROGRAM. GOVERNMENT RESPONDS AND ASKS FOR A HIGH-END SENTENCE. DEFENDANT ALLOCUTES. DEFENSE COUNSEL ASKS FOR CREDIT FOR STATE CUSTODY SERVED. GOVERNMENT RESPONDS AND OBJECTS. DEFENSE COUNSEL RESPONDS. USPO NEVAREZ ADDRESSES THE COURT. COURT WILL DEFER TO BUREAU OF PRISONS BUT WILL MAKE RECOMMENDATION.** |
|---|---|

**EVIDENTIARY HEARING**

9:54 a.m.  Court:  Matter is set for sentencing; objections to presentence report; documents reviewed; objection to upward 4 level adjustment and one relating to description of conviction in paragraph 28.

Ms. Sedillo:  Responds and modification to conspiracy and not actual shooter.  Unfairly represents actions of defendant.

Court:  Inquires as to proposed revision.

Ms. Sedillo:  Proposes is to modify that Mr. Goebel was convicted of conspiracy to commit first degree murder in a case involve six defendants in which Jose Chavarria was convicted of kidnapping restraining and confining Tomas SAS Robles by force and subsequently killing her with a firearm.  Has copy of judgment (shows to Government).  Important for classification with the Bureau of Prisons.

(Judgment provided to the Judge)

Mr. Ramirez:  States position as to proposed revision.

Court:  Proposed revision:  the defendant, along with 5 other individuals, with kidnapping, restraining and confining Tomasa Robles by force and that Ms. Robles was subsequently killed with a firearm.

Ms. Sedillo:  Asks that Mr. Chavarria be named as the person who shot Ms. Robles.

Court:  Would add to the sentence that  Ms. Robles was killed by one of the individuals as a result of the conspiracy.

Court sustains objection and overruling as to the objection to Paragraph 28.

Mr. Ramirez:  Addresses 4 level enhancement.  Prepared to offer testimony of Officer Barleen.

Court:  May call witness.  Judgment will be Defendant's Exhibit A.

**10:06 a.m.  Mr. Ramirez calls Alex Barleen (W1) (Sworn).**   Police officer for City of Roswell Police Department.

**10:08 a.m. Court in recess due to noise.**

**10:11 a.m.  Court back in session.**

**Mr. Ramirez continues direct examination of W1.**  Describes circumstances of arrest.  Government's Exhibit 2.

Court:  Inquires as to any objections to Government's exhibits.

Ms. Sedillo:  No objection to videos and some photos but will ask for foundation on other photographs.

Court:  Government's Exhibits 1 & 2 are admitted without objection.

**Mr. Ramirez continues direct examination of W1.**  Government's Exhibit 2 shown and identified.  Start of video at 13:29, pause at 13:42; start and pause at 13:43; start and end at 13:58.  Government's Exhibit 1 show and identified. Start of video at 4:55; start and pause at 5:09.

Ms. Sedillo:  Asks for clarification as to video.

Mr. Ramirez:  Government's Exhibit 2 was Officer Arroyo's body cam and Government's Exhibit 1 is Officer Barleen's body cam.

**10:23 a.m. Mr. Ramirez continues direct examination of W1.**  Continues viewing and Government's Exhibit 1.  Start at 5:09.  Execution of search warrant on June 30, 2017, describes items found.  Another search warrant was executed on July 9.  Reason for second search warrant to amend for search of narcotics.  Government's Exhibits 3 - 17, photographs from amended search warrant.

Mr. Ramirez:  Moves for admission of Government's Exhibits 3 - 17.

Ms. Sedillo:  Foundation issue.

Court:  Asks for more questions to establish timing of the individual photographs.

**10:30 a.m. Mr. Ramirez continues direct examination of W1.**  Executed first search warrant and seized items in the warrant.  Vehicle was sealed between first search warrant and amended search warrant.  Explains how some items may have been moved during initial search warrant.

Mr. Ramirez:  Moves for admission of Government's Exhibits 3 - 17.

Ms. Sedillo:  Objection; explains objection.

Court:  Sustaining objection but will allow photographs to be broken down to establish timing.

**10:33 a.m. Mr. Ramirez continues direct examination of W1.**  Government's Exhibit 3, shown and identified.

Court:  Government's Exhibit 3 admitted without objection.

**10:35 a.m. Mr. Ramirez continues direct examination of W1.**  Government's Exhibit 5, shown and identified.

Ms. Sedillo:  Objections; relevance.

Mr. Ramirez:  Responds.

**10:37 a.m. Mr. Ramirez continues direct examination of W1.**  Inquires as to perspective when photograph was taken.

Court:  Sustaining objection.  Not clear how this is relevant.

**10:38 a.m. Mr. Ramirez continues direct examination of W1.**  Further inquiry as to Government's Exhibit 5.

Mr. Ramirez:  Moves for Government's Exhibit 5 to be admitted.

Ms. Sedillo: Still objects as to relevancy.

Court:  Inquires as to what counsel would like the Court to know in this photograph.

Mr. Ramirez:  Responds.

Court:  Government's Exhibit 5 admitted, states findings.

**10:42 a.m. Mr. Ramirez continues direct examination of W1.**  Government's Exhibit 7, shown and identified.

Mr. Ramirez:  Moves for Government's Exhibit 7 to be admitted.

Ms. Sedillo:  Objection; relevancy.

Court:  It has been established items have been moved and witness has testified that is what he observed.  Objection

overruled and Government's Exhibit 7 is admitted.

**10:45 a.m. Mr. Ramirez continues direct examination of W1.**

Ms. Sedillo:  Objection; lack of foundation.

Court:  Sustained.

**10:45 a.m. Mr. Ramirez continues direct examination of W1.**  Investigation over 100 drug cases.

Ms. Sedillo:  Objection; lack of foundation.

Court:  Overruled.

**10:46 a.m. Mr. Ramirez continues direct examination of W1.**  Government's Exhibit 13, shown and identified.

Mr. Ramirez: Moves for admission of Government's Exhibit 13.

Ms. Sedillo:  Objection; relevance.

Court:  Overruled; Government's Exhibit 13 is admitted.

**10:47 a.m. Mr. Ramirez continues direct examination of W1.**  Continues identification of Government's Exhibit 13.

Black case depicted was seized and cocaine was found.  Government's Exhibit 14, shown and identified.

Mr. Ramirez:  Moves for admission of Government's Exhibit 14.

Ms. Sedillo:  Same objection.

Court: Overruled, Government's Exhibit 14 is admitted.

**10:49 a.m. Mr. Ramirez continues direct examination of W1.**  Government's Exhibit 15, shown and identified.

Mr. Ramirez:  Moves for admission of Government's Exhibit 15.

Ms. Sedillo:  Same objection.

Court: Overruled, Government's Exhibit 15 is admitted.

**10:50 a.m. Mr. Ramirez continues direct examination of W1.** Continues identification of Government's Exhibit 15.

Government's Exhibit 16, shown and identified.

Mr. Ramirez:  Moves for admission of Government's Exhibit 16.

Ms. Sedillo:  Same objection.

Court: Government's Exhibit 16 is admitted, noting Ms. Sedillo's objection.

**10:52 a.m. Mr. Ramirez continues direct examination of W1.** Continues identification of Government's Exhibit 16.

Submission of lab testing of white substance, positive for cocaine.

**10:54 a.m.  Cross-examination of W1 by Ms. Sedillo.**  Initial officer at the scene and arresting officer.  Three persons in vehicle.  Government's Exhibit 2 shown at 13:34.  Government's Exhibit 13 shown and questions as to photograph.   No photos prior to towing or prior to search.  Explains standard for execution of search warrants. Government's Exhibit 2 at 13:44 shown.  Government's Exhibit 1 (shown from defense counsel's lap top, no stop point).

Court:  Inquires as to exhibit being shown.

Ms. Sedillo:  Explains and asks for video clip be admitted as Defendant's Exhibit B.

Mr. Ramirez:  No objection.

Court:  Defendant's Exhibit B will be admitted.

**11:08 a.m.  Continues cross-examination of W1 by Ms. Sedillo.**  Government's Exhibit 5 shown and questioned.

Government's Exhibit 13 shown and questioned.  Government's Exhibit 14 shown and questioned.  Government's Exhibit 7 shown and questioned.  Questions concerning DNA testing.

Mr. Ramirez:  Objection.

Court: Will allow to redirect for any clarification.  Overruled.

**11:13 a.m.  Continues cross-examination of W1 by Ms. Sedillo.**  Defendant's Exhibit B shown and questions regarding black zipper pouch.  Government's Exhibit 2 shown at 13:24 and paused at 13:41; start and stop at 13:48.  Government's Exhibit 5 shown and questioned.

**11:19 a.m.  Redirect of W1 by Mr. Ramirez.**  Government's Exhibit 2 at 13:44.

**11:21 a.m.  Witness is excused.**

Court:  Any other argument.  Will reserve probative value of exhibits.  Government's Exhibits 1, 2, 3, 5, 7, 13 14, 15 and 16 will be admitted, as well as Defendant's Exhibit B.

Ms. Sedillo:  Presents argument.  Government has not meet its burden.  Enhancement is not warranted.

*Rev. October 28, 2015*

Mr. Ramirez:  Responds.

Court:  Plea agreement which is conditional of waiver of appeal except for denial of motion to suppress.

Ms. Sedillo:  Responds as to the conditional plea agreement and appeal in this issue.  Would try to appeal if there is a decision not comfortable with.  States addition to her argument.

Court:  Considering.

Mr. Ramirez: Waiver of right to appeal is included in plea agreement.

Court:  Decision is as to the 4-level enhancement.  States findings, witness is credible, question as to where the pouch was found.  Question is whether constructively possessed.  Considering everything that has been briefed.  Does not agree that cocaine was in plain view, although the pouch was but in dispute.  Photographs not helpful.  Not finding sufficient evidence that the upward 4-level should be applied.  Government has not met its burden.   Sustaining objection.


Proceeds to sentencing.

**EXHIBIT LIST**

| United States of America v. Jeffrey Goebel | | Case No.  CR 18-2752 KG |
|---|---|---|
| Plaintiff's Attorney:<br><br> Aaron Jordan<br> Matthew Ramirez | Defendant's Attorney:<br><br>Bernadette Sedillo | United States District Court<br>District of New Mexico |
| | | Hearing Date: July 25, 2019 |
| Presiding Judge:<br>  Kenneth J. Gonzales | Court Reporter:<br>  Danna Schutte Everett | Courtroom Deputy:<br>  Chris Eubanks |

| Plf No. | Deft No. | Date Offered | Off. | Obj. | Adm. | Description of Exhibits* |
|---|---|---|---|---|---|---|
| 1 | | 7/25/2019 | X | | X | RPD lapel camera video #1 |
| 2 | | 7/25/2019 | X | | X | RPD lapel camera video #2 |
| 3 | | 7/25/2019 | X | X | X | Photo of rear and passenger side of 4-Door Lincoln |
| 4 | | 7/25/2019 | X | | | Photo of Search Warrant in interior of Lincoln |
| 5 | | 7/25/2019 | X | X | X | Photo of center console and front center and passenger seats of Lincoln |
| 6 | | 7/25/2019 | X | | | Photo of center console and front center and passenger seats of Lincoln |
| 7 | | 7/25/2019 | X | X | X | Photo of driver side floorboard |
| 8 | | 7/25/2019 | X | | | Photo of rear passenger area of Lincoln |
| 9 | | 7/25/2019 | X | | | Photo of assorted items on rear passenger floorboard of Lincoln |
| 10 | | 7/25/2019 | X | | | Photo of assorted items on front passenger seats of Lincoln |
| 11 | | 7/25/2019 | X | | | Photo of assorted items on front passenger seats of Lincoln |
| 12 | | 7/25/2019 | X | | | Photo of assorted items on rear passenger floorboard of Lincoln |
| 13 | | 7/25/2019 | X | X | X | Photo of assorted items on rear passenger floorboards of Lincoln |
| 14 | | 7/25/2019 | X | X | X | Photo of contents of black zippered container |
| 15 | | 7/25/2019 | X | X | X | Photo of contents of black zippered container |
| 16 | | 7/25/2019 | X | X | X | Photo of contents of black zippered container |
| 17 | | 7/25/2019 | X | | | Photo of assorted items on front seats of Lincoln |
| | | | | | | |

| Plf No. | Deft No. | Date Offered | Off. | Obj. | Adm. | Description of Exhibits* |
|---------|----------|--------------|------|------|------|-------------------------|
|  | A | 7/25/2019 | X |  | X | Fifth Judicial District Court pleadings in CR 2005-175 - Order of Joinder of Defendants (1 page); Grand Jury Indictment (1 page); Judgment, Sentence and Commitment to Penitentiary (6 pages) |
|  | B | 7/25/2019 | X |  | X | Officer Alex Barleen bodycam excerpt |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |