AO 245D (Rev. 09/19)    Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## District of New Mexico

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>**JEFFREY GOEBEL** | **Judgment in a Criminal Case**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case Number:  **5:18CR02752-001KG**<br>USM Number:  **00463-151**<br>Defendant's Attorney:  **Bernadette Sedillo, AFPD** |

**THE DEFENDANT:**

☒    admitted guilt to violations of condition(s) **Mandatory, Standard, Special** of the term of supervision.

☐    was found in violation of condition(s)  after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Mandatory Condition | The defendant failed to refrain from any unlawful use of a controlled substance. | 07/13/2020 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984 .  Government makes an oral motion to dismiss the 12/8/2020 Mandatory Condition violation alleged in the Second Amended Petition, without objection from defense counsel.  Court grants motion and proceeds to sentencing.

☐  The defendant has not violated condition(s)  and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | |
|---|---|
| **7205**<br>Last Four Digits of Defendant's Soc. Sec. No. | **2/4/2021**<br>Date of Imposition of Judgment |
| **1985**<br>Defendant's Year of Birth | **/s/ Kenneth J. Gonzales**<br>Signature of Judge |
| **Las Cruces, NM**<br>City and State of Defendant's Residence | **Honorable Kenneth J. Gonzales**<br>**United States District Judge**<br>Name and Title of Judge |
| | **2/4/2021**<br>Date |

AO 245D (Rev. 09/19)    Judgment in a Criminal Case for Revocations
　　　　　　　　　　　Sheet 1A                                                                    Judgment - Page 2 of 3

DEFENDANT: **JEFFREY GOEBEL**
CASE NUMBER: **5:18CR02752-001KG**

## ADDITIONAL VIOLATIONS

| *Violation Number* | *Nature of Violation* | *Violation Ended* |
|---|---|---|
| Standard Condition | The defendant failed to work full time. | 07/13/2020 |
| Special Condition | The defendant failed to participate in an outpatient substance abuse treatment program. | 07/13/2020 |
| Special Condition | The defendant failed to submit to substance abuse testing. | 07/17/2020 |

AO 245D (Rev. 09/19)    Judgment in a Criminal Case for Revocations
Sheet 2 - Imprisonment

Judgment - Page 3 of 3

DEFENDANT: **JEFFREY GOEBEL**
CASE NUMBER: **5:18CR02752-001KG**

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: **12 months and 1 day**.

**A term of Supervised Release will not be reimposed.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at  on .

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to

_____ at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL